**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1886**

_____

STEVEN L. JOFFE, M.D.,

        Plaintiff - Appellant,

    v.

ALIVCOR, INC.,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:25-cv-00078-JRR)

_____

Submitted:  June 18, 2026                       Decided:  June 23, 2026

_____

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Steven L. Joffe, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven L. Joffe seeks to appeal the district court's order dismissing his civil complaint without prejudice. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The appeal period commences when the district court enters a separate judgment implementing its dismissal order, or 150 days after entry of its dismissal order, whichever is earlier. Fed. R. Civ. P. 58(c)(2).

The district court entered its order on January 29, 2025. Because the district court did not enter a separate judgment, the appeal period began to run on June 28, 2025, and expired on July 28, 2025. Joffe filed the notice of appeal on August 4, 2025. Because Joffe failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.[*]

---

[*] Joffe filed motions to transfer the case and for default judgment. We deny those motions.

2

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*